CRIMINAL CAUSE FOR PLEADING

Before:  **Dora L. Irizarry, U.S.D.J.**   Date: **May 6, 2011**      Time in Court: **0:47**

Docket Number:  **10-CR-600 (S-1)**

Defendant's Name:  **George Speranza**                                    #5

  **X** Present          __Not Present          __Custody      **X** Bail

Defense Counsel:      **Richard Rosenberg**

          **X**  CJA          RET          F.D.

A.U.S.A.  **William Schaeffer**              Case agents:  **Thomas McGuire and John Carrano**

Reporter:  **Charisse Kitt**                  Deputy Clerk: **Christy Carosella**

- The defendant was sworn, informed of his rights, and waives trial before the district court.
- Defendant enters a GUILTY PLEA to count 10 of the superseding indictment.
- Court finds factual basis for and accepts the defendant's guilty plea.
- The Probation Department shall disclose the Presentence Report (PSR) to the Court and parties by August 12, 2011.
- Sentencing is scheduled for October 5, 2011 at 10:00 am.
- The parties are directed to Judge Irizarry's *Standard Requirements for Criminal Cases*, available on the court website, with regard to objections to the PSR and sentencing submissions. Questions concerning the judge's requirements are directed to the courtroom deputy.

**PURSUANT TO FEDERAL RULE 11 OF THE CRIMINAL PROCEDURE, JUDGE IRIZARRY DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE PLEA OF GUILTY HAS BEEN ACCEPTED.   THE PLEA AGREEMENT WAS EXECUTED, MARKED AS COURT EXHIBIT #1, AND RETURNED TO THE ASSISTANT U.S. ATTORNEY AT THE END OF THIS PROCEEDING.**